IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

AMY CANOY, et al.,

    Plaintiffs,

v.                                          CIVIL ACTION NO. 1:24-cv-00892

THE TRAVELERS COMPANIES, INC., et al.,

    Defendants.

## ORDER

On March 10, 2025, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 22.) The stipulation of dismissal is signed by counsel for all parties. Accordingly, the Court **DISMISSES** this case **WITH PREJUDICE** and **DIRECTS** the Clerk to remove this case from this Court's docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                               ENTER:      March 10, 2025

                                               THOMAS E. JOHNSTON
                                               UNITED STATES DISTRICT JUDGE